

**United States District Court**
**Eastern District of California**

TAMEKA MORRIS

Plaintiff(s)

Case Number: 2:24-CV-02530-WBS-CKD

V.

AMERICAN NEIGHBORHOOD MORTGAGE

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
ROBERT M. HORWITZ _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC

On _____ 11/16/1994 _____ (date), I was admitted to practice and presently in good standing in the
_____ STATE BAR OF MICHIGAN _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 09/23/2024 _____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | ROBERT M. HORWITZ |
| Law Firm Name: | MADDIN HAUSER ROTH & HELLER PC |
| Address: | ONE TOWNE SQUARE, FIFTH FLOOR |
| | |
| City: | SOUTHFIELD      State: MI      Zip: 48076 |
| Phone Number w/Area Code: | (248) 351-7014 |
| City and State of Residence: | SOUTHFIELD MICHIGAN |
| Primary E-mail Address: | rhorwitz@maddinhauser.com |
| Secondary E-mail Address: | cwerenicz@maddinhauser.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | DEREK S. SACHS |
| Law Firm Name: | O'HAGAN MEYER |
| Address: | 1201 K STREET, SUITE 1960 |
| | |
| City: | SACRAMENTO      State: CA      Zip: 95814 |
| Phone Number w/Area Code: | (916) 884-0751      Bar # 253990 |

## **ORDER**

The Pro Hae Vice Application is APPROVED.  The Pro Hae Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE