**O'HAGAN MEYER**
DEREK S. SACHS, SB# 253990
   E-Mail: DSachs@ohaganmeyer.com
1201 K Street, Suite 1960
Sacramento, California 95814
Ph: 916.884.0751

**MADDIN HAUSER ROTH & HELLER PC**
ROBERT M. HORWITZ, *pro hac vice*
   E-Mail: rhorwitz@maddinhauser.com
One Towne Square, Fifth Floor
Southfield, MI 48076
Ph: 248.351.7014

*Attorneys for Defendant American Neighborhood Mortgage Acceptance Company LLC d/b/a Annie Mac Home Mortgage*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA MORRIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC d/b/a ANNIEMACK HOME MORTGAGE, a Limited Liability Company; KRISTINE PAULINO, an individual; and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:24-cv-02530-WBS-CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A) AND ORDER OF DISMISSAL**<br><br><br><br><br><br>Action Filed:  January 22, 2024<br>Trial Date:     TBD |

///

///

///

///

///

///

1
STIPULATION OF DISMISSAL [FRCP 41(A) AND ORDER OF DISMISSAL

Plaintiff Tameka Morris and Defendant American Neighborhood Mortgage Acceptance Company, LLC d/b/a AnnieMac Home Mortgage, by and through their respective counsel, stipulate under Federal Rule of Civil Procedure 41(a)(2) that this entire action be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

**APPROVED AS TO FORM:**

DATED: September 5, 2025                **THE WORK JUSTICE FIRM**

By:      /s/ *Brent P. Marlis*
Brent P. Marlis, Esq.
*Garen R. Nadir, Esq.*
Attorneys for Plaintiff Tameka Morris

DATED: September 5, 2025                **O'HAGAN MEYER**

By:      /s/ *Derek S. Sachs*
Derek S. Sachs
Attorneys for Defendant American Neighborhood Mortgage Acceptance Company LLC d/b/a Annie Mac Home Mortgage

2
STIPULATION OF DISMISSAL [FRCP 41(A) AND ORDER OF DISMISSAL

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety, with prejudice, and with each party bearing its own attorneys' fees and costs.

**IT IS HEREBY FURTHER ORDERED** that this Order closes the case.

Dated: _____

                                          HON. WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE